UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES CASTON, *et al*, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GAMBLING COMMISSION OF NEVADA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | 2:07-cv-237-RJJ <br><br> **ORDER** |

This matter was referred to the undersigned Magistrate Judge on Plaintiff's Application to Proceed *In Forma Pauperis* (#1).

The Court having reviewed the Application (#1) and the Complaint. Additionally, a hearing was scheduled for March 7, 2007, at 10:00 a.m. on all of Plaintiff's pending cases. Plaintiff, Charles Caston failed to appear at the scheduled hearing. Further, Plaintiff Charles Caston did not contact the court or provide the court with any reason for his non-attendance at the scheduled hearing.  Good cause appearing therefore,

IT IS HEREBY ORDERED that on or before April 16, 2007, Plaintiff Charles Caston shall pay the full filing fee in this case.

IT IS FURTHER ORDERED that failure to pay the filing fee by the specified deadline may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve Plaintiff with a copy of this Order by certified mail, return receipt requested.

DATED this   14th   day of March,  2007.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge